

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00369-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

John **AGUERO**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 388746
Honorable Timothy Johnson, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for a new trial. It is ORDERED that appellant City of San Antonio recover its costs of this appeal from appellee John Aguero.

SIGNED June 13, 2018.

_____
Irene Rios, Justice